UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| | | | |
|---|---|---|---|
| Case No. | EDCV 11-779 DSF (OPx) | Date | 12/5/11 |
| Title | Nicola Ricci, et al. v. BAC Home Loans Servicing, LP, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order to Show Cause Why This Case Should Continue and Order Setting Briefing Schedule

Plaintiffs recently filed a "Notice of Stay Proceedings [sic] re: Bankruptcy Filing," which indicates that they have filed for bankruptcy. Contrary to Plaintiffs' apparent assumption, the automatic stay in bankruptcy generally applies only to actions *against* the debtor. See 11 U.S.C. § 362(a)(1).

Further, on the filing of bankruptcy, Plaintiffs' claim passed to the bankruptcy estate. See 11 U.S.C. § 541(a). Therefore, Plaintiffs or the Trustee are ordered to show cause in writing by December 22, 2011 why this case should continue to be prosecuted.

Should the Trustee wish to prosecute this case, he should file an opposition to the motion to dismiss no later than December 22. Any reply will be due January 4, 2012. The matter will be taken under submission as of that date. Lack of opposition will be deemed to be consent to the motion, Local Rule 7-12; see also Ghazali v. Moran, 46 F.3d 52, 53-54 (9th Cir. 1995); Brydges v. Lewis, 18 F.3d 651, 652 (9th Cir. 1993), and the action will be dismissed without prejudice if no opposition is filed.

IT IS SO ORDERED.

c: Howard B. Grobstein, trustee (re 6:11-bk-46084-WJ)
  Crowe Horwath LLP

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

3403 10th St., Suite 711
Riverside, CA 92501-3627